

# Missouri Court of Appeals
## Southern District

**MAY 13, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33347

        Re:     In Re the Marriage of:
                RITA JO MOORE and,
                JOHN DAVID MOORE
                RITA JO MOORE,
                Petitioner-Appellant,
                v.
                JOHN DAVID MOORE,
                Respondent-Respondent.